

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00211-CV

| | | |
|---|---|---|
| RELIQ HEALTH TECHNOLOGIES, INC., Appellant | § | On Appeal from the 48th District Court |
| v. | § | of Tarrant County (048-330341-21) |
| RESURGENCE PARTNERS, LLC (ORGANIZED UNDER THE LAW OF THE STATE OF WASHINGTON) AND RESURGENCE PARTNERS, LLC | § | December 7, 2023 |
| (ORGANIZED UNDER THE LAW OF THE STATE OF WYOMING), Appellees | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and the case is remanded to the trial court for further proceedings.

It is further ordered that Appellees Resurgence Partners, LLC (Organized Under the Law of the State of Washington) and Resurgence Partners, LLC (Organized Under the Law of the State of Wyoming) shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
　　Justice Dabney Bassel